UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE EXPORT-IMPORT BANK OF THE REPUBLIC OF CHINA,<br><br>       Plaintiff,<br><br>      -v.-<br><br>CENTRAL AFRICAN REPUBLIC,<br><br>       Defendant. | 15 Civ. 9630 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  The Court held a status conference in this matter on December 17, 2019. The Central African Republic did not appear at such conference, and Plaintiff's counsel informed the Court that the Central African Republic has been non-responsive. The next conference in this matter is scheduled for **April 15, 2020, at 3:00 p.m.** Plaintiff shall submit a status update letter on or before **April 9, 2020**.

  SO ORDERED.

Dated: December 17, 2019
     New York, New York

                               KATHERINE POLK FAILLA
                               United States District Judge