UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE EXPORT-IMPORT BANK OF THE REPUBLIC OF CHINA,<br><br>                          Plaintiff,<br><br>                    -v.-<br><br>CENTRAL AFRICAN REPUBLIC,<br><br>                          Defendant. | 15 Civ. 9630 (KPF)<br><br>**<u>ORDER</u>** |

KATHERINE POLK FAILLA, District Judge:

On April 9, 2020, the Court ordered the parties to this action to appear for a conference on **July 28, 2020, at 10:00 a.m.** (Dkt. #64).  That conference will proceed telephonically.  The dial-in information is as follows: At 10:00 a.m. the parties shall call (888) 363-4749 and enter access code 5123533.  Please note, the conference will not be available prior to 10:00 a.m.

SO ORDERED.

Dated:  July 24, 2020
            New York, New York

                                                              _____
                                                              KATHERINE POLK FAILLA
                                                              United States District Judge